IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

HECTOR SANCHEZ-TORRES,

    Appellant,

  v.

Case No.  5D23-743
LT Case No. 2008-CF-013948-A

STATE OF FLORIDA,

    Appellee.

_____/

Decision filed August 8, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Benjamin B. Brown, and Melanie
Kalmanson, of Quarles & Brady LLP,
Tampa, for Appellant.

Ashley Moody, Attorney General, and
Zachary Lawton, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE and MACIVER, JJ., concur.